UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: GONZALES, DAVID CHRISTOPHER<br>GONZALES, APRIL DAWN<br>Debtor(s) | CASE NO. 09-23184 JPK |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
## TO UNITED STATES BANKRUPTCY COURT
## CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE:  J. Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1. I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2. Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

   The Community Hospital                                    $ 20.67

3. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:    February 24, 2011            By: /s/ Stacia L. Yoon
                                       STACIA L. YOON, TRUSTEE #16933-53
                                       Genetos Retson & Yoon LLP
                                       8585 Broadway, Suite 480
                                       Merrillville, IN 46410
                                       Telephone: (219) 755-0401
                                       bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
The Community Hospital, P.O. Box 3602, Munster, IN 46321